IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF RESIGNATION OF JAMES A. DAVIDSON, BAR NO. 2588. | No. 76356 |

FILED

JUL 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney James A. Davidson for his resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Davidson; and that he is current on all membership fee payments and other financial commitments relating to his practice of law in this state. See SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. See SCR 98(5)(a)(2). Davidson acknowledges that his resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. See SCR 98(5)(c)-(d). Finally, Davidson has submitted an affidavit of compliance with SCR 115. See SCR 98(5)(e).

18-27391

The petition satisfies the requirements of SCR 98(5). Accordingly, we approve attorney James A. Davidson's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____, C.J.
Douglas

cc:    Janeen V. Isaacson, Acting Bar Counsel, State Bar of Nevada
       James A. Davidson
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, State Bar of Nevada